**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00543-CR**
_____

**GERARD RODNEY ROUCHON MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-09-09573-CR (Count 1)**

**MEMORANDUM OPINION**

Gerard Rodney Rouchon Martin filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

1

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 3, 2015
Opinion Delivered February 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.